**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Luis Elias HERNANDEZ–VILLASE-
NOR, a.k.a. Elias Luis Hernan-
dez, Defendant–Appellant.**

**Nos. 13–10114, 13–10128.**

United States Court of Appeals,
Ninth Circuit.

Submitted June 12, 2014.*

Filed June 17, 2014.

Christina Marie Cabanillas, Assistant U.S., Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Elias Luis Hernandez, Otisville, N.Y. pro se.

Luis Elias Hernandez–Villasenor, pro se.

Randolfo V. Lopez, Tucson, AZ, Defendant–Appellant.

Before: McKEOWN, WARDLAW, and M. SMITH, Circuit Judges.

MEMORANDUM ***

In these consolidated appeals, Luis Elias Hernandez–Villasenor appeals from his guilty-plea conviction and 84–month sentence for reentry after deportation, in violation of 8 U.S.C. § 1326; and the revocation of supervised release and consecutive 18–month sentence imposed upon revocation. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Hernandez–Villasenor's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Hernandez–Villasenor the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.